IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-07–212 |
| | § | |
| NORMA FLORES | § | |

### ORDER OF DISMISSAL

Before the Court is the United States of America's Motion to Dismiss the claim against Defendant, Norma Flores; Plaintiff asserts that it has been unsuccessful in locating and serving the Defendant.

It is, therefore, **ORDERED** that the Plaintiff's Motion to Dismiss (Instrument no. 3) is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice, subject to Plaintiff's right to refiling of same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

**DONE** at Galveston, Texas, this _____14th_____ day of August, 2007.

_____
John R. Froeschner
United States Magistrate Judge